# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| EMIR DINI,<br>*Plaintiff,*<br><br>v.<br><br>IOWA CIVIL RIGHTS COMMISSION ET AL.,<br>*Defendant,* | Case No. 4:20-cv-00284<br><br>HON JUDGE _____<br><br>NOTICE OF APPEAL |

## NOTICE OF APPEAL

NOTICE is hereby given that the Plaintiff appeals to the Eight Circuit Court of Appeals from the Judgment/Order entered in this action on 12/11/2020 (*see* Doc. No. 10 & 11). [1]

*Respectfully submitted,*

_____
Emir Dini
P.O Box 24343
Columbus, OH 43224
Legal@JoinPrivilege.com

---

1 CLERK OF THE COURT: Docket this notice, payment forthcoming pending the outcomes of filed motions.

# CERTIFICATE OF SERVICE

I hereby certify that on ___01/06/2020___, I served a true and correct copy of the Notice of Appeal to the counsel for the Defendant by electronic mail:

Name: Katie Fialu

Email: Katie.fialu@Iowa.gov

*Signed,*

_____
Emir Dini
P.O Box 24343
Columbus, OH 43224
Legal@JoinPrivilege.com

EMIR DINI
P.O BOX 24343
COLUMBUS, OH 43224




U.S. POSTAGE PAID
FCM LETTER
AMARILLO, TX
79105
JAN 06, 21
AMOUNT
**$3.30**
R2305E126236-03

1000    50309




Drug Free USA — FOREVER
Drug Free USA — FOREVER

CERTIFIED MAIL

7019 1120 0001 2117 1082

Hon. Judge Ebbinger
U.S District Courthouse
123 East Walnut Street
Des Moines, IA 50309

RECEIVED
JAN 11 2021
CLERK
SOUTHERN DISTRICT OF IOWA

