# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **EMIR DINI,** *Plaintiff,* <br><br> v. <br><br> **IOWA CIVIL RIGHTS COMMISSION ET AL.,** *Defendant,* | Case No. 4:20-cv-00284 <br><br> HON. JUDGE _____ <br><br> **MOTION FOR RECONSIDERATION** |

## MOTION FOR RECONSIDERATION

COMES NOW, the Plaintiff, Emir Dini, seeking to file this ex parte motion for the reconsideration of his motion to seal (Doc. No 3). In support of this motion, the Plaintiff states as follows:

1. Courts have typically followed the standards set by Congress in determining whether information provided in a case should be sealed, redacted or otherwise be removed from the public record. For instance, medical information is typically sealed, not only given its sensitive nature, but existing laws already afford protections (i.e, HIPPA). Educational records are also sealed (i.e FERPA) along w/ financial information (i.e. Gramm-Leach-Bliley Act among other laws);

2. The Plaintiff has encountered numerous court cases in which Judges have sealed private financial information, merely on the fact that it contains sensitive details into the lives of litigants;

3. It is unclear why the Plaintiff has not been afforded similar consideration in his request to seal his IFP filing, given that it contains 1) both sensitive financial information and 2) the Plaintiff has provided evidence that he is a victim of identity theft;

4. While filing IFP subjects litigants to greater scrutiny, since the costs of filing are borne by the public, that should not be grounds to remove the same privacy considerations for litigants able to afford to pay the $400 filing fee; Given that IFP filers apply under the penalty of perjury and with the understanding that knowingly providing false information is subject to civil and criminal penalties along with possibility of the instant dismissal of their claims;

5. For the foregoing reasons, the Plaintiff respectfully requests that the court reconsider his motion to seal, once again.

*Respectfully submitted,*

Emir Dini
P.O Box 24343
Columbus, OH 43224
Legal@JoinPrivilege.com

EMIR DINI
P.O Box 24343
COLUMBUS, OH 43224




U.S. POSTAGE PAID
FCM LETTER
AMARILLO, TX
79105
JAN 06, 21
AMOUNT
$3.30
R2305E126236-03

1000   50309





CERTIFIED MAIL
7019 1120 0001 2117 1082

Hon. Judge Ebbinger
U.S District Courthouse
123 East Walnut Street
Des Moines, IA 50309

RECEIVED
JAN 11 2021
CLERK U.S
SOUTHERN DISTRICT COURT
SOUTHERN DISTRICT OF IOWA


